The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRANG VAN NGUYEN,<br><br>        Plaintiff,<br>  vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No. 2:20-cv-00631<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-captioned case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Presented by:
Joseph L. Gentilcore
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
*Attorneys for Plaintiff*

Dated this 14th day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER – 1**

Case No. 2:20-cv-00631